IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-144-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**2.    CESAR ARMANDO PEREZ-CORONEL,**

        Defendant.

## ORDER

Kane, J.

    This court has reviewed the statement of position filed by Defendant Perez-Coronel with respect to Ends of Justice Continuance (doc. #31), filed May 14, 2008. Keeping in mind that the Ends of Justice Continuance was granted only as to Defendant #1, Isaac Pena-Rascon, and that the motions hearing and trial dates for Mr. Perez-Coronel are still intact, counsel shall confer immediately and advise the court as to their realistic expectations regarding discovery production, motions deadlines and currently set trial and hearing dates. At this point in time, the court does not intend to vacate any dates unless a requested to do so.

    Dated this 15th day of May, 2008.

                                                BY THE COURT:

                                                *S/John L. Kane*
                                                John L. Kane, Senior Judge
                                                United States District Court